# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Noel, | No. CV-24-00111-TUC-SHR |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On January 31, 2025, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court reverse the Commissioner's decision and remand for an award of benefits consistent with this opinion. (Doc. 18.)  The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections.  (*Id.* at 14.)  No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (noting a district court need only review a magistrate judge's findings and recommendations *de novo* if objection is made).  However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

. . . .

In this case, the deadline for filing objections has passed.  As noted, no objections have been filed, and neither party has requested additional time to do so despite the warning from Judge Markovich indicating "[f]ailure to file timely objections to any factual or legal determination of the Magistrate Judge may result in waiver of the right of review." (Doc. 18 at 15.)  Therefore, the Court will adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (declining to substantively review the magistrate judge's report and recommendation because no objections were filed).

Accordingly,

**IT IS ORDERED** Magistrate Judge Markovich's Report and Recommendation (R&R) (Doc. 18) is **ADOPTED.**

**IT IS FURTHER ORDERED** the Commissioner of Social Security's decision is **REVERSED**.  This matter is **REMANDED** for an award of benefits consistent with the R&R.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 24th day of February, 2025.

Honorable Scott H. Rash
United States District Judge